**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL RUBIN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MEAD JOHNSON NUTRITION COMPANY, PETER KASPER JAKOBSEN, JAMES M. CORNELIUS, STEVEN M. ALTSCHULER, HOWARD B. BERNICK, KIMBERLY A. CASIANO, ANNA C. CATALANO, CELESTE A. CLARK, STEPHEN W. GOLSBY, MICHAEL GROBSTEIN, PETER G. RATCLIFFE, MICHAEL A. SHERMAN, ELLIOTT SIGAL, and ROBERT S. SINGER,<br><br>Defendants. | Docket No. 1:17-cv-00325-LPS<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

WHEREAS, plaintiff filed the above-captioned action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of Mead Johnson Nutrition Company ("Mead Johnson") by Reckitt Benckiser Group PLC (the "Transaction");

WHEREAS, the Action asserts claims for violations of sections 14(d), 14(e) and 20(a) of the Securities Exchange Act of 1934 by defendants relating to disclosures made in a Proxy Statement (the "Proxy Statement") filed with the SEC in support of the Transaction on or around March 13, 2017;

WHEREAS, defendants deny that plaintiff has asserted any meritorious claim, deny that the Proxy Statement contained any misstatement or omission, and assert that no further information is required to be provided;

WHEREAS, on May 19, 2017, Mead Johnson filed a supplement to the Proxy Statement on Form 8-K with the SEC that included certain additional information relating to the Transaction that addressed and mooted claims asserted in the Action regarding the sufficiency of the disclosures in the Proxy Statement (the "Supplemental Disclosures");

WHEREAS, plaintiff's counsel believes they may assert a claim for a fee in connection with the prosecution of the Action and the issuance of the Supplemental Disclosures, and have informed defendants of their intention to petition the Court to determine the amount of such a fee if their claim cannot be resolved through negotiations between counsel for plaintiff and defendants (the "Fee Petition");

WHEREAS, all of the defendants in the Action reserve all rights, arguments and defenses, including the right to oppose any potential Fee Petition;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to plaintiff or his attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any claim for mootness fees;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2017 that:

1.   The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to plaintiff only.  All claims on behalf of the putative class are dismissed without prejudice.

2.   Because the dismissal is with prejudice as to plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3.   Plaintiff shall file their Fee Petition in *Walters v. Mead Johnson Nutrition Company et al*, Docket No. 1:17-cv-00344-LPS (D. Del.)

4.   This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Petition, which includes the defendants' right to oppose the Fee Petition.

Dated:  June 6, 2017                                             **RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, DE  19803
Telephone: (302) 295-5310
Facsimile:  (302) 654-7530
sdr@rl-legal.com
bd@rl-legal.com
gms@rl-legal.com

*Attorneys for Plaintiff Michael Rubin*

**Of Counsel:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

3

**RICHARDS, LAYTON & FINGER, PA**

 */s/ Chad M. Shandler*
Gregory P. Williams (#2168)
Chad M. Shandler (#3796)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
williams@rlf.com
shandler@rlf.com

**Of Counsel:**

**KIRKLAND & ELLIS LLP**
Yosef J. Riemer, P.C.
Elliot C. Harvey Schatmeier
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant Mead Johnson Nutrition Company and the Individual Defendants*

**MORRIS NICHOLS, ARSHT & TUNNELL LLP**

 */s/ Kevin M. Coen*
William M. Lafferty (#2755)
Kevin M. Coen (#4775)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 351-9341
Facsimile: (302) 425-4679
wlafferty@mnat.com
kcoen@mnat.com

                **Of Counsel:**

                **DAVIS POLK & WARDWELL LLP**
                Andrew Ditchfield
                450 Lexington Avenue
                New York, NY  10017
                Telephone:  (212) 450-4000
                Facsimile:   (212) 701-5800

                *Attorneys for Defendants Reckitt Benckiser Group PLC, and Marigold Merger Sub, Inc.*

SO ORDERED THIS _____ day of _____, 2017.

                _____
                United States District Judge

5